# EXHIBIT
# A

NERFW * PUBLIC INFORMATION * 08-16-2004
PAGE 001 * INMATE DATA * 08:54:46
AS OF 08-16-2004

REGNO..: 67302-053 NAME: FAUCI, WILLIAM

RESP OF: CNK / DESIGNATED, AT ASSIGNED FACIL
PHONE..: 212-264-9520 FTS: 700-264-9520
RACE/SEX...: WHITE / MALE
FBI NUMBER.: 233690HA7 DOB/AGE....: 06-03-1969 / 35
PROJ REL MT: GOOD CONDUCT TIME RELEASE PAR ELIG DT: N/A
PROJ REL DT: 08-28-2004 PAR HEAR DT:

---------------------------- ADMIT/RELEASE HISTORY ----------------------------

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| CNK | A-DES | DESIGNATED, AT ASSIGNED FACIL | 07-21-2004 1250 | CURRENT |
| 2-U | RELEASE | RELEASED FROM IN-TRANSIT FACL | 07-21-2004 1250 | 07-21-2004 1250 |
| 2-U | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 07-21-2004 0931 | 07-21-2004 1250 |
| FAI | FURL TRANS | FURL W/UNESCORTED TRF TO A CCC | 07-21-2004 0931 | 07-21-2004 0931 |
| FAI | A-DES | DESIGNATED, AT ASSIGNED FACIL | 04-16-2004 2208 | 07-21-2004 0931 |
| FAI | FURL REL | FURLOUGH-RELEASE PLANNING | 04-15-2004 0802 | 04-16-2004 2208 |
| FAI | A-DES | DESIGNATED, AT ASSIGNED FACIL | 08-01-2003 1310 | 04-15-2004 0802 |
| 1-R | RELEASE | RELEASED FROM IN-TRANSIT FACL | 08-01-2003 1310 | 08-01-2003 1310 |
| 1-R | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 05-06-2003 1438 | 08-01-2003 1310 |
| CNK | ADMIN REL | ADMINISTRATIVE RELEASE | 05-06-2003 1438 | 05-06-2003 1438 |
| CNK | A-ADMIN | ADMINISTRATIVE ADMISSION | 05-06-2003 1424 | 05-06-2003 1438 |
| BRO | BAIL/BOND | BAIL/BOND | 12-10-2001 1813 | 05-06-2003 1424 |
| BRO | A-PRE | PRE-SENT ADMIT, ADULT | 12-06-2001 1828 | 12-10-2001 1813 |

```
 NERFW               *              PUBLIC INFORMATION              *       08-16-2004
PAGE 002             *                 INMATE DATA                  *       08:54:46
                                    AS OF 08-16-2004

REGNO..: 67302-053 NAME: FAUCI, WILLIAM

                   RESP OF: CNK / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 212-264-9520    FTS: 700-264-9520
PRE-RELEASE PREPARATION DATE: 07-21-2004

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  08-28-2004 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: NEW YORK, EASTERN DISTRICT
DOCKET NUMBER...................: CR-01-1336
JUDGE...........................: KORMAN
DATE SENTENCED/PROBATION IMPOSED: 03-07-2003
DATE COMMITTED..................: 08-01-2003
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS  FINES          COSTS
NON-COMMITTED.:  $200.00        $00.00          $00.00         $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO        AMOUNT:  $00.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  548
OFF/CHG: 18:1956 CONSP / MONEY LAUNDERING
         18:1001 FALST STATEMENTS

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    15 MONTHS
 TERM OF SUPERVISION............:     3 YEARS
 DATE OF OFFENSE................: 09-08-2000
```

G0002        MORE PAGES TO FOLLOW . . .

```
  NERFW            *              PUBLIC INFORMATION              *      08-16-2004
PAGE 003 OF 003    *                 INMATE DATA                  *      08:54:46
                                  AS OF 08-16-2004

REGNO..: 67302-053 NAME: FAUCI, WILLIAM

                        RESP OF: CNK / DESIGNATED, AT ASSIGNED FACIL
                        PHONE..: 212-264-9520     FTS: 700-264-9520
-------------------------CURRENT COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 08-21-2003 AT FAI AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 08-01-2003
TOTAL TERM IN EFFECT............:    15 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     1 YEARS       3 MONTHS
EARLIEST DATE OF OFFENSE........: 09-08-2000

JAIL CREDIT.....................:   FROM DATE      THRU DATE
                                    12-06-2001     12-10-2001

TOTAL PRIOR CREDIT TIME.........: 5
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 59
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 08-28-2004
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 10-26-2004

PROJECTED SATISFACTION DATE.....: 08-28-2004
PROJECTED SATISFACTION METHOD...: GCT REL
```

S0055        NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE