# EXHIBIT B

Case 1:04-cv-01834-JHR     Document 12-3     Filed 08/16/04     Page 1 of 2 PageID: 61

```
NERFW            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        08-16-2004
PAGE 001 OF 001                                                         09:02:09
     FUNCTION: LST SCOPE: REG    EQ 67302-053    OUTPUT FORMAT: FULL
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____ THRU _____  DT STS: FROM _____ THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS:
SUBJECTS:
EXTENDED: _ REMEDY LEVEL: __            RECEIPT: ___  "OR" EXTENSION: ___
RCV  OFC : EQ
TRACK: DEPT:
       PERSON:
         TYPE:
EVNT FACL: EQ
RCV FACL.: EQ
RCV UN/LC: EQ
RCV QTR..: EQ
ORIG FACL: EQ
ORG UN/LC: EQ
ORIG QTR.: EQ


G5152      NO REMEDY DATA EXISTS FOR THIS INMATE
```

08/16/2004 09:18 FAX 215 597 4691    BOP NERO LGL SVC
Case 1:04-cv-01834-JHR   Document 12-3   Filed 08/16/04   Page 2 of 2 PageID: 212

```
NERFW            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        08-16-2004
PAGE 001 OF 001                                                         09:02:09
     FUNCTION: LST SCOPE: REG    EQ 67302-053    OUTPUT FORMAT: FULL
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____ THRU _____  DT STS: FROM _____ THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS:
SUBJECTS:
EXTENDED: _ REMEDY LEVEL: __            RECEIPT: ___  "OR" EXTENSION: ___
RCV  OFC : EQ
TRACK: DEPT:
       PERSON:
         TYPE:
EVNT FACL: EQ
RCV FACL.: EQ
RCV UN/LC: EQ
RCV QTR..: EQ
ORIG FACL: EQ
ORG UN/LC: EQ
ORIG QTR.: EQ
```